IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA JOHNSON-SLAUGHTER,<br><br>   Plaintiff,<br><br> v.<br><br>GREGORY J. AHERN, *et al.*,<br><br>   Defendants.        / | No. C 12-2383 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING SEPTEMBER 7, 2012 HEARING DATE** |

Defendant Ahern has filed a motion to dismiss, and a hearing on that motion is scheduled for September 7, 2012. Plaintiff's opposition to the motion was due on August 10, 2012. Plaintiff did not file an opposition, nor did plaintiff request an extension of time.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than August 30, 2012, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff does not respond, this action will be dismissed without prejudice. If plaintiff responds to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss. The September 7, 2012 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: August 20, 2012

                          SUSAN ILLSTON
                         United States District Judge