IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THELMA JOHNSON-SLAUGHTER,

    Plaintiff,

  v.

GREGORY J. AHERN, *et al.*,

    Defendants.

No. C 12-2383 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING NOVEMBER 30, 2012 HEARING DATE**

On August 20, 2012, this Court ordered plaintiff Thelma Johnson-Slaughter to show cause why the case should not be dismissed for failure to prosecute because Johnson-Slaughter failed to file a timely opposition to defendant Ahern's motion to dismiss. Johnson-Slaughter responded to the Court, explaining that she wished to prosecute the case and had recently obtained an out of state lawyer. She also asked for a continuance, which the Court granted, setting a new briefing schedule for the motion to dismiss. The hearing was set for November 30, 2012, and plaintiff's opposition was due November 2, 2012. Plaintiff did not file an opposition or communicate in any other way with the Court. No attorney has made an appearance on behalf of plaintiff.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than November 30, 2012, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). The November 30, 2012 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: November 15, 2012

                                          SUSAN ILLSTON
                                          United States District Judge