UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA JOHNSON-SLAUGHTER, IN HER INDIVIDUAL CAPACITY AS AN HEIR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD JOHNSON, DECEDENT,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF GREGORY J. AHERN AND DOES 1 THROUGH 100 INDIVIDUALLY AND IN THEIR CAPACITIES AS EMPLOYEES OF THE COUNTY ALAMEDA CALIFORNIA,<br><br>Defendants.<br><br>AND RELATED CASE | Main Case No.: C12-02383 SI<br>(And Related Case No.: C12-2385)<br><br>[~~PROPOSED~~]<br>**ORDER CLARIFYING THE COURT'S PRIOR ORDER TO SHOW CAUSE ISSUED ON NOVEMBER 15, 2012**<br><br>Complaint Filed: May 11, 2012 |

Before the court is defendant GREGORY J. AHERN's administrative motion for clarification regarding the court's recent Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute and Vacating November 30, 2012 Hearing Date, filed on November 15, 2012 (document number 25) ("Second Order to Show Cause").

After reviewing that motion, and good cause appearing therefore, the Court hereby GRANTS the motion and CLARIFIES the Second Order to Show Cause as follows:

The Second Order to Show Cause is directed at *both* plaintiff THELMA JOHNSON-SLAUGHTER *and* at plaintiff ROWANA SLAUGHTER, who is the plaintiff in the related action of *Rowana Slaughter v. Ahern*, case no. 12-2385.

-1-

1       The hearing date of November 30, 2012 is vacated as to *both* motions to dismiss filed by defendant Ahern, and ***both* plaintiffs are hereby ORDERED TO SHOW CAUSE in writing no later than November 30, 2012, why *both related actions* should not be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b)**.

**IT IS SO ORDERED.**

DATED: November __19__, 2012

By: _____
SUSAN ILLSTON
United States District Judge

27004\599824

-2-

ORDER CLARIFYING THE COURT'S PRIOR ORDER SHOW CAUSE DATED NOVEMBER 15, 2012
*Johnson-Slaughter vs. Sheriff Gregory J. Ahern, et al.;* USDC-Nor. Dist. Case No. C12-02383 SI