IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA JOHNSON-SLAUGHTER, | No. C 12-2383 SI |
| Plaintiff, | Related Case No. C 12-2385 |
| v. | **ORDER DISMISSING CASES FOR FAILURE TO PROSECUTE** |
| GREGORY J. AHERN, *et al.*, | |
| Defendants. | |

Plaintiff Thelma Johnson-Slaughter and plaintiff Rowana Johnson in a related case failed to timely file their oppositions to defendants' motions to dismiss. Nor did plaintiffs request an extension of time. Therefore, on November 19, 2012, the Court vacated the November 30, 2012 hearing on the motions to dismiss, and ordered plaintiffs to show cause in writing no later than November 30, 2012, why the cases should not be dismissed without prejudice for failure to prosecute. (Docket Nos. 25, 28).

Plaintiffs did not ever respond to the order to show cause, in writing or otherwise, and have made no effort to show cause why these actions should not be dismissed for failure to prosecute. Accordingly, both of these actions are DISMISSED without prejudice for failure to prosecute. Ths Clerk shall close the files.

**IT IS SO ORDERED.**

Dated: December 4, 2012

_____
SUSAN ILLSTON
United States District Judge