IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THELMA JOHNSON-SLAUGHTER,

    Plaintiff,

v.

GREGORY J. AHERN, *et al.*,

    Defendants.

No. C 12-2383 SI
Related Case No. C 12-2385 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 4, 2012

SUSAN ILLSTON
United States District Judge